IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-183-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* COMMUNICATIONS SUPPLY CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ENTRY OF DEFAULT |
| WALBRIDGE COMPANY, a/k/a WALBRIDGE ALDINGER COMPANY; COMMAND COMMUNICATIONS, LLC; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; and LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

On March 13, 2013, the United States of America, ex. rel Communications Supply Corporation ("plaintiff") initiated this action against defendants Walbridge Company, Command Communications, LLC, and John Doe Surety [D.E. 1]. On March 15, 2013, plaintiff filed a first amended complaint naming as defendants Walbridge Company a/k/a Walbridge Aldinger Company, Command Communications, LLC, Travelers Casualty and Surety Company of America, and Liberty Mutual Insurance Company [D.E. 8]. On May 1, 2013, plaintiff moved for entry of default against Command Communications, LLC [D.E. 18]. For the reasons stated, plaintiff's motion for entry of default is granted [D.E. 18].

According to plaintiff, Command Communications, LLC was served with summons and the original and first amended complaints on March 21, 2013 [D.E. 17, D.E. 18]. Command Communications, LLC has not filed an answer or response to plaintiff's complaint, and the time within which defendant may do so has expired. See Fed. R. Civ. P. 12(a)(1)(A). Rule 55(a) of the Federal Rules of Civil Procedure provides for entry of default against a party who "has failed to

plead or otherwise defend." Accordingly, plaintiff's motion for entry of default against defendant Command Communications, LLC is GRANTED [D.E. 18].

SO ORDERED. This 28th day of June 2013.

_Julie A. Richards_
Julie A. Richards, Clerk of Court