AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| COMMAND SUPPLY CORPORATION,<br>*The United States of America, ex rel.*<br>*Communications Supply Corporation*,<br><br>  Plaintiff,<br><br>v.<br><br>COMMAND COMMUNICATIONS, LLC.,<br><br>  Defendant. | **JUDGMENT**<br>**CASE NO. 5:13-CV-183-D** |

**Decision by the Court:**

   IT IS ORDERED AND ADJUDGED that the Plaintiff's Motion for Default Judgment [D.E. 26] is GRANTED. Communication Supply Corporation shall recover judgment against Command Communications, LLC in the amount of $43,773.36. Communication Supply Corporation also shall recover post-judgment interest in accordance with law beginning from the date of this judgment until paid. The costs of this action are taxed against Command Communications, LLC.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, **AUGUST 19, 2013** WITH A COPY TO:

Lee A. Peindl  (via CM/ECF electronic notification)


August 19, 2013                           JULIE A. RICHARDS, Clerk
Date                                      Eastern District of North Carolina

                                          /s/ Debby Sawyer
                                          (By) Deputy Clerk

Raleigh, North Carolina